COMMACK UNION FREE SCHOOL DISTRICT, Appellant, v COMPTROLLER OF THE STATE OF NEW YORK et al., Respondents.—Appeal from a judgment of the Supreme Court at Special Term, entered June 8, 1976 in Albany County, which dismissed petitioner's application seeking, *inter alia,* to annul and vacate an audit report prepared by respondents for transportation aid paid to petitioner for the period July 1, 1971 to June 30, 1974. Judgment

affirmed, without costs, on the opinion of Staley, Jr., J., at Special Term. Koreman, P. J., Greenblott, Main, Larkin and Herlihy, JJ., concur.